Maurice Harmon (MH-9419)
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067
610.262.9288
maurice@harmonseidman.com

Christopher Seidman (CS-7816)
Harmon & Seidman LLC
PO Box 3207
Grand Junction, CO 81502
Tel: 970.245.9075
Fax: 970.245.8086
chris@harmonseidman.com

*Attorneys for Plaintiff Tom Bean*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

TOM BEAN

    Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT
PUBLISHING COMPANY,

    Defendant.

No.

**COMPLAINT**
  (jury trial demanded)

   Plaintiff Tom Bean ("Bean") for his Complaint against Defendant Houghton
Mifflin Harcourt Publishing Company ("HMH") alleges:

**STATEMENT OF ACTION**

1.     This is an action for copyright infringement brought by Plaintiff Bean, the holder of all copyrights to the photographs described hereafter, against HMH for unauthorized and impermissible uses of Plaintiff's photographs.

**PARTIES**

2.     Plaintiff Tom Bean is a United States citizen, a resident of Flagstaff, Arizona, and a highly regarded professional photographer.

3.     Defendant HMH is a publisher of educational textbooks, with its primary office in Boston, Massachusetts.   At all times pertinent to the allegations herein, HMH acted through its various imprints and divisions.   HMH sells and distributes textbooks in Arizona and throughout the United States, including the publications in suit and ancillary materials, in which Plaintiff's photographs are unlawfully reproduced.

**JURISDICTION AND VENUE**

4.     This is an action for injunctive relief, statutory damages, monetary damages, and interest under the copyright laws of the United States.

5.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 (federal question) and 1338 (copyright).

6.     Venue is appropriate in this District pursuant to 28 U.S.C. §§ 1391(a) and (b) and 28 U.S.C. §§ 1400(a).

**FACTS COMMON TO ALL COUNTS**

7.     Plaintiff Bean is the owner and exclusive copyright holder of the attached

photographic images ("Photographs") depicted in Exhibit A, whose registration status with the United States Copyright Office is set forth therein.

8.     Between 2000 and 2009, Corbis Corporation, acting as the licensing agent for Bean, sold HMH limited licenses to use copies of the Photographs in numerous educational publications.  The permissions Corbis granted HMH were expressly limited by number of copies, distribution area, language, and duration as set forth in Exhibit A.

9.     Upon information and belief, at the time HMH represented to Corbis that it needed specified, limited permission to use the Photographs, HMH knew its actual use under the licenses would exceed the permission it was requesting and paying for.

10.    Upon information and belief, HMH willfully exceeded the permitted uses under the terms of the limited licenses granted by Corbis on Plaintiff's behalf.

<u>**COUNT I**</u>
**COPYRIGHT INFRINGEMENT**

11.    Plaintiff incorporates herein by this reference each and every allegation contained in each paragraph above.

12.    The foregoing acts of HMH constitute infringements of Plaintiff's copyrights in the Photographs in violation of 17 U.S.C. § 501 *et seq*.

13.    Plaintiff suffered damages as a result of HMH's unauthorized use of the Photographs.

**WHEREFORE**, Plaintiff requests the following:

1.     A preliminary and permanent injunction against Defendant and anyone working in

concert with it from copying, displaying, distributing, or selling Plaintiff's Photographs described in this Complaint.

2.      A permanent injunction against Defendant enjoining future infringements by unauthorized copying, displaying, distributing, or selling Plaintiff's photographs not included in suit.

3.      As permitted under 17 U.S.C. § 503, impoundment of all copies of Plaintiff's Photographs used in violation of Plaintiff's exclusive copyrights and, at final judgment, destruction or other reasonable disposition of the unlawfully used Photographs, including digital files and any other means by which they could be used again by Defendant without Plaintiff's authorization.

4.      Actual damages and all profits derived from the unauthorized use of Plaintiff's Photographs or, at Plaintiff's election, statutory damages.

5.      Reasonable attorney's fees.

6.      Court costs, expert witness fees, interest and all other amounts authorized under law.

7.      For such other and further relief as the Court deems just and proper.

DATED:  February 22, 2010

                                        Plaintiff Tom Bean,
                                        by his attorneys,

                                        s/ Christopher Seidman
                                        Christopher Seidman
                                        Harmon & Seidman LLC

- 4 -

PO Box 3207
Grand Junction, CO 81502
Telephone (970) 245-9075
Fax (970) 245-8086
E-mail: chris@harmonseidman.com

Maurice Harmon
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067
Telephone 610-262-9288
Fax 610-262-9288
E-mail: maurice@harmonseidman.com

## **<u>JURY TRIAL DEMAND</u>**

Plaintiff demands a trial by jury of all issues permitted by law.